☐ ORIGINAL

1  STEVEN G. KALAR
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant RAYBOURN
6

FILED

APR 2 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,          )  No. CR 13-226 CRB
                                      )
11              Plaintiff,             )  STIPULATION AND [PROPOSED]
                                      )  ORDER MODIFYING IN-DISTRICT
12     v.                             )  BOND CONDITIONS
                                      )
13 ADAM RAYBOURN,                     )
                                      )  Court: The Honorable Laurel Beeler
14              Defendant.             )
                                      )
15 _____

16
   The parties hereby stipulate and agree as follows:
17
   1.   Defendant Adam Raybourn hereby requests a modification his bond conditions for
18
        the purpose of work.  He is currently employed in the wine delivery business in
19
        Napa and his responsibilities entail driving trucks to Sacramento and the
20
        surrounding areas;
21
   2.   Defendant Adam Reybourn thus requests this Court to modify the bond condition
22
        requiring him to remain in the Northern District of California, to allow for travel
23
        to the Eastern District of California.;
24
   3.   United States Pretrial Services Officer Allen Lew has been consulted regarding
25
        this stipulation. He has no objection to the proposed modification extending the
26

13-226 CRB; Stipulation to Modify Bond                1

1 | travel restriction to the Eastern District of California;

2 | 4. The government has also been consulted about this request. As indicated by the signature below, there is no opposition to the proposed modification.

IT IS SO STIPULATED.

Dated: April 18, 2013

```
                              /S/
                    ELIZABETH M. FALK
                    ASSISTANT FEDERAL PUBLIC DEFENDER
```

Dated: April 18, 2013

```
                              /S/
                    PHILIP KEARNEY
                    ASSISTANT UNITED STATES ATTORNEY
```

### [PROPOSED] ORDER

For the reasons set forth above, the bond conditions of Adam Raybourn are hereby modified as follows:

1. The condition requiring the defendant to remain in the Northern District of California is hereby MODIFIED to include and allow travel within the Eastern District of California.

**IT IS SO ORDERED.**

DATED: 4/24/13

~~THE HONORABLE LAUREL BEELER~~
UNITED STATES MAGISTRATE JUDGE
Nandor J. Vadas
United States Magistrate Judge